UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-221-1FL
No. 5:17-CR-221-2FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| KEVIN MCWHINNIE, | ) | |
| LINDA MCWHINNIE. | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry 39 be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office and Counsel for the Defendant.

This the 19th day of December, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge